**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**DANIELLE A. KOLKOSKI, ESQ.**
Nevada Bar No. 8506
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Plaintiff
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, a Delaware corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>CLEARWATER COVE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; SATICOY BAY LLC SERIES 8891 SANIBEL SHORE AVENUE, a Nevada corporation; RED ROCK FINANCIAL SERVICES a Nevada corporation<br><br>             Defendants. | Case No. 2:18-cv-00250-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE** |
| SATICOY BAY LLC SERIES 8891 SANIBEL SHORE AVENUE,<br><br>             Counter-Claimant,<br><br>    v.<br><br>DITECH FINANCIAL LLC,<br><br>             Counter-Defendant. | |

1

3179698.1

## STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE

IT IS HEREBY STIPULATED by and between Plaintiff/Counter-Defendant DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC ("Plaintiff" or "Ditech") and Defendant/Counter-Claimant SATICOY BAY LLC SERIES 8891 SANIBEL SHORE AVENUE ("Saticoy Bay"), by and through their respective counsel of record, hereby submit the following Stipulation and Proposed Order to continue the deadline for dispositive motions currently set for October 3, 2018.

WHEREAS, counsel of record for Ditech and Saticoy Bay have met and conferred in good faith regarding the issues set forth in this Stipulation;

WHEREAS, counsel of record for Ditech and Saticoy agree to continue the deadline to file dispositive motions currently set for October 3, 2018 to November 5, 2018 due to the parties' trial schedules.

**IT IS SO STIPULATED.**

DATED: October 4, 2018        WOLFE & WYMAN LLP

By: */s/ Danielle A. Kolkoski*
    ANDREW A. BAO
    Nevada Bar No.: 10508
    DANIELLE A. KOLKOSKI
    Nevada Bar No.: 8506
    6757 Spencer Street
    Las Vegas, NV  89119
    Attorneys for Plaintiff/Counter-Defendant
    **DITECH FINANCIAL LLC fka GREEN TREE SERVICING LLC**

| | | |
|---|---|---|
| 1 | DATED: October 4, 2018 | LAW OFFICES OF MICHAEL F. BOHN, ESQ. |
| 2 | | |
| 3 | | By:/s/ *Michael F. Bohn* |
| | |    MICHAEL F. BOHN |

DATED: October 4, 2018　　　LAW OFFICES OF MICHAEL F. BOHN, ESQ.

By:*/s/ Michael F. Bohn*
   MICHAEL F. BOHN
   Nevada Bar No.: 001641
   ADAM R. TRIPPIEDI
   Nevada Bar No.: 12294
   2260 Corporate Circle, Suite 480
   Henderson, NV 89074
   Attorneys for Defendant/Counter-Claimant
   **SATICOY BAY LLC SERIES 8891**
   **SANIBEL SHORE AVENUE**

3179698.1

# ORDER

By stipulation of the parties, and good cause appearing therefore, the court orders as follows:

IT IS HEREBY ORDERED the time file dispositive motions in this action shall be continued to  November 5    , 2018.

**IT IS SO ORDERED.**



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by,

WOLFE & WYMAN LLP


By: */s/ Danielle A. Kolkoski*
ANDREW BAO, ESQ.
Nevada Bar No. 10508
DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
6757 Spencer Street
Las Vegas, NV 89119
Attorneys for Plaintiff
**DITECH FINANCIAL LLC**

# CERTIFICATE OF SERVICE

On October 4, 2018, I served the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE** by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

*/s/ Jamie C. Soquena*
Jamie C. Soquena
An employee of WOLFE & WYMAN LLP

5

3179698.1